IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| NILES H. HARE, an inmate with the Alabama Department of Corrections,   )<br>)<br>)<br>)<br>     Plaintiff,   )<br>)<br>    v.   )<br>)<br>)<br>)<br>ROBERT BENTLEY, Governor of the State of Alabama, et al.,   )<br>)<br>)<br>)<br>     Defendants.   ) | CIVIL ACTION NO.<br>2:14cv710-MHT<br>(WO) |

OPINION AND ORDER

This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for class certification be denied. No objections have been filed. Upon an independent and de novo review of the record, it is ORDERED as follows:

   1. The recommendation of the United States Magistrate Judge (doc. no. 45) is adopted.

   2. The motion for class certification (doc. no. 42) is denied.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 10th day of July, 2015.

                                       /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**