IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| NILES HAMPTON HARE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:14cv710-MHT |
| ) | (WO) |
| ROBERT BENTLEY, et al., ) | |
| ) | |
|     Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging as a violation of due process and state law the department of correction's deduction of more than 40 percent of his work-release earnings for payment of various costs and fees.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motions for preliminary injunction should be denied and defendant's motion for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 1st day of February, 2016.

>     /s/ Myron H. Thompson
>     **UNITED STATES DISTRICT JUDGE**