IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NILES HAMPTON HARE,           )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )          2:14cv710-MHT
                              )              (WO)
ROBERT BENTLEY, et al.,       )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (doc. no. 51) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 48) is adopted.

(3) Plaintiff's motions for preliminary injunction (doc. nos. 29 and 47) are denied.

(4) Defendant's motion for summary judgment (doc. no. 34) is granted.

(5) Judgment is entered in favor of defendant and

against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 1st day of February, 2016.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**